IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

WESTERN DIVISION


UNITED STATES OF AMERICA                                              PLAINTIFF


VS.                                    NO. 4:09CR00295 JMM


KELLY DEAN SHRUM

                                                                     DEFENDANT

d/b/a ARKANSAS CENTER

FOR WOMEN


<u>ORDER</u>

Upon consideration of the Motion for Leave for Award under A.C.A § 5-55-113 the

Court does hereby order as follows:

1.      That pursuant to A.C.A § 5-55-113 (a):

        The court may pay a person such sums, not exceeding ten percent (10%) of the
        aggregate penalty recovered, as the court may deem just, for information the person
        may have provided that led to detecting and bringing to trial and punishment a
        person guilty of violating the Medicaid fraud laws.

2.      The Arkansas Attorney General's Office has acknowledged in their response to

Petitioner's Motion, that the Petitioner, Michael Townsend, was the original source of

information that led to the arrest and conviction of Kelly Dean Shrum for committing Medicaid

fraud. In its response the Arkansas Attorney General's Office did not object to said award

pursuant to A.C.A.§ 5-55-113.

3.      That the Arkansas Attorney General's Office has received the sum of One

Hundred Sixty Two Thousand One Hundred and Ninety Eight Dollars and Twenty Four Cents

($162,198.24) from Defendant, Kelly Dean Shrum, as full restitution for monies illegally billed

to the government. Said funds have been delivered to Arkansas Attorney General's office by the

United States Probation Office to be applied for restitution to the government for the improper

billings generated from the Medicaid fraud perpetrated by Defendant, Kelly Dean Shrum.

4.      Michael Townsend is hereby awarded Sixteen Thousand Two Hundred and

Nineteen Dollars and Eight Two Cents ($16,219.82) pursuant to A.C.A §5-55-113, which

represents ten percent (10%) of the aggregated penalty of the $162,198.24 recovered by the

government from the Defendant, Kelly Dean Shrum.

5.      That the payment of these monies by the government and the recovery of these

monies by Michael Townsend does not preclude, impair or hinder any other rights of recovery or

remedies available to Michael Townsend under federal or state law.

IT IS SO ORDERED

_____
James M. Moody
United States District Judge

Date:   August 23, 2013

Prepared by:

_____
Robert R. Cortinez, II Ar Bar 91117
P. O. Box 217
Little Rock, AR 72203
(501) 372-6000